JS - 6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LEVAR BROWN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>LEROY D. BACA, et al.,<br><br>　　　　Respondent. | Case No. CV 12-8475-VAP (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: October 22, 2012

_____
Marc L. Goldman
United States Magistrate Judge